# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ABIGAIL MATUTE** | **DOCKET NO. _____** |
| **VERSUS** | **JUDGE _____** |
| **WAL-MART LOUISIANA, LLC** <br> **AND WAL-MART STORES, INC.** | **MAGISTRATE JUDGE _____** |

## NOTICE OF REMOVAL AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, come WAL-MART LOUISIANA, LLC, a Delaware limited liability company, and WAL-MART STORES, INC., a Delaware corporation, defendants in the above entitled cause, and appearing solely for the purpose of presenting this Notice of Removal of the above entitled cause to this Honorable Court under the provisions of 28 U.S.C. § 1441, *et seq.*, and reserving all rights, respectfully show as follows:

1.

This suit was filed by plaintiff, ABIGAIL MATUTE ("plaintiff"), in the Fifth Judicial District Court, Franklin Parish, Louisiana, on the 24h day of May, 2018. Defendants were served in the case on August 16, 2018. An Answer was filed on behalf of defendants in the state court proceeding on September 28, 2018.

2.

Both defendants join in this Notice of Removal and Jury Demand.

3.

Defendants allege that plaintiff is a resident, citizen, and domiciliary of the State of Louisiana.

4.

This action is of a civil nature at law.  At the time plaintiff's Petition was filed, defendant Wal-Mart Louisiana, LLC was and is now a Delaware limited liability company.  The sole member of Wal-Mart Louisiana, LLC is Wal-Mart Stores East, LP, a Delaware limited partnership.  The general partner of Wal-Mart Stores East, LP is WSE Management, LLC, a Delaware limited liability company.  The limited partner of Wal-Mart Stores East, LP is WSE Investment, LLC, a Delaware limited liability company.  The sole member of both WSE Management, LLC and WSE Investment LLC is Wal-Mart Stores East, LLC.  The sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc., a Delaware corporation with its principal place of business located in the State of Arkansas.

5.

Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business in the State of Arkansas.

6.

All defendants are diverse from plaintiff.

7.

In her petition, plaintiff alleges that she was injured when she slipped and fell in water on the floor at the Wal-Mart store located in Winnsboro, Louisiana.

8.

In her petition, plaintiff alleges that she injured her knees, both ankles, right hip and shoulder in the fall, but she does not describe those injuries further.

9.

In addition, plaintiff alleges that she suffered "past and future physical pain and suffering, past and future mental anguish, suffering, and embarrassment, past and future disability, past and future loss of enjoyment of life and impairment of lifestyle, past and future medical and out of pocket expenses, and past and future loss of wages."

10.

Defendants aver, however, that such allegations are typical in personal injury cases and do not indicate the severity of plaintiff's true injuries.  Moreover, plaintiff did not allege any specific injuries, nor did she allege the amount of any medical bills incurred or needed for any surgery.

11.

Consistent with Louisiana law, plaintiff does not allege any specific monetary amount for the value of the claims made in her Petition. Nothing on the face of plaintiff's petition in state court suggested the value of her claims exceeded $75,000.

12.

On January 16, 2019, defendants received medical bills and records from plaintiff concerning her costs incurred for her treatment needed as a result of the accident at Wal-Mart, including a surgery. The bills show that the surgery and other costs are approximately $97,000.

13.

The amount in controversy in this suit now exceeds $75,000.00, since plaintiff has already incurred approximately $97,000 in medical expenses for the surgery, plus additional medical expenses that will be incurred in the future.

14.

During the time that this matter was pending in the Fifth Judicial District Court, defendants had no basis to believe that the value of plaintiff's claim met the jurisdictional threshold of this Court.

15.

The receipt of the medical bills on January 16, 2019, was defendants' first notice that this case became removable, and defendants file this Notice of Removal within 30 days of the receipt of the these bills.

16.

Pursuant to 28 USC § 1446(b), this Notice of Removal is timely because plaintiff's bills, constitutes an "other paper from which it was first ascertained that the case is one which is or has become removable," and the Notice of Removal is filed within one year after the commencement of this action.

17.

This Court has jurisdiction of this cause of action under 28 USC § 1332.

18.

The proper court for removal is the United States District Court for the Western District of Louisiana, Monroe Division.

19.

Defendants file as Exhibit A herewith copies of the entire record in the district court, which consists of the following:

(1)   Petition;

(2) Citation to Wal-Mart Louisiana, LLC

(3) Service of Process Transmittal;

(4) Answer to Petition for Damages and Jury Demand; and

(5) Request for Notice of Trial and Judgment; and,

(6) Stipulated Protective Order.

20.

Defendants further show unto the Court that immediately upon the filing of this Notice of Removal, a copy of same shall be served upon all adverse parties and a copy filed with the Clerk of the Fifth Judicial District Court, Franklin Parish, Louisiana, all in accordance with 28 USC § 1446(d).

21.

Defendants are entitled to and request a trial by jury in this matter.

Shreveport, Louisiana, this 1st day of February, 2019.

        BLANCHARD, WALKER, O'QUIN & ROBERTS
          (A Professional Law Corporation)

By:    /s/ Scott R. Wolf
      Scott R. Wolf, Bar #28277

700 Regions Tower
Post Office Drawer 1126
Shreveport, Louisiana 71163-1126
Telephone: (318) 221-6858
Telecopier: (318) 227-2967
E-Mail: swolf@bwor.com

ATTORNEYS FOR DEFENDANTS,
WAL-MART STORES, INC. AND
WAL-MART LOUISIANA, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Removal has this date been served upon the following by placing same in the United States Mail, postage paid:

Honorable Ann Johnson
Franklin Parish Clerk of Court
6550 Main Street
P.O. Box 1564
Winnsboro, LA 71295

Mr. Louis V. Champagne
McKeithen, Ryland & Champagne
P.O. Box 1029
Columbia, LA 71418

and

Michael J. Mestayer, Esq.
1100 Poydras St., Suite 2785
New Orleans, LA 70163
*Attorneys for Plaintiff*

Shreveport, Louisiana, this 1st day of February, 2019.

/s/ Scott R. Wolf
OF COUNSEL