# Citation

ABIGAIL MATUTE  
Versus  
WAL-MART STORES, INC.

DOCKET NUMBER: C-45881B  
FRANKLIN Parish, Louisiana  
FIFTH JUDICIAL DISTRICT COURT

To: WAL-MART STORES, INC.  
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS  
C T CORPORATION SYSTEM  
3867 PLAZA TOWER DRIVE  
BATON ROUGE, LOUISIANA 70816

**YOU HAVE BEEN SUED.**

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Franklin Parish Courthouse in the Town of Winnsboro.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Franklin Parish, on this August 1, 2018.

ANN JOHNSON, Clerk of Court

By: _Alene Mayo_  
Deputy Clerk of Court, Fifth District Court  
Franklin Parish, Louisiana

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20_____.

SERVICE $_____  
MILEAGE $_____  
TOTAL $_____

BY: _____  
DEPUTY SHERIFF

ORIGINAL – RETURN          COPY – SERVICE          COPY - CLERK

Document Number: D628479

ATTEST  
A TRUE COPY  
_Alene Mayo_  
DY. CLERK OF COURT, FRANKLIN PARISH, LA