**STATE OF LOUISIANA * PARISH OF FRANKLIN * 5ᵀᴴ JUDICIAL DISTRICT COURT**

**ABIGAIL MATUTE**                                        FILED: May 24, 2018

**VERSUS NO. 45881B**

**WAL-MART STORES, INC.**                        BY: Alene Mayo
                                                                    DEPUTY CLERK OF COURT

## PETITION

The petition of ABIGAIL MATUTE, a major domiciliary of Winnsboro, Franklin Parish, Louisiana,

respectfully represents that:

1.

Made defendant herein is:

      A)    WAL-MART STORES, INC., who may be served through its agent for service of
            process Corporation Service Company, 5615 Corporate Blvd., Suite 400B, Baton
            Rouge, Louisiana.

2.

The defendant is indebted, jointly and in solido, unto petitioner, ABIGAIL MATUTE, in an amount

that is just and reasonable in the premises, with legal interest thereon from date of judicial demand until paid

for the reasons hereinafter set forth.

3.

On or about May 30, 2017, your petitioner, ABIGAIL MATUTE, was shopping in Wal-Mart

Store in Winnsboro, Franklin Parish, Louisiana when she was walking in front of the CSM podium and

slipped and fell in water causing her to receive severe injuries to both knees, both ankles, right hip

and shoulder forming the subject matter of this action.

4.

Petitioner shows that the sole and proximate cause of the said accident was the negligence

of WAL-MART STORES, INC., in the following:

      a.    Failure to provide a safe environment for its patrons;

      b.    Failure to see the water on floor that should have been seen;

      c.    Failure to remove the water from the floor in a timely manner;

      d.    Failure to warn petitioner of the dangerous condition the defendant knew about
           and/or created; and

      e.    Any other act of negligence or fault that may be proven
           at the trial of this matter.

5.

As a result of the aforesaid accident, petitioner, ABIGAIL MATUTE, sustained injuries to both knees, both ankles, right hip, shoulder and body as a whole, and any and all injuries or conditions that were caused and/or aggravated as a result of the accident described herein which are unknown at this time but may be revealed following the continuing medical treatment of petitioner and identified through discovery.

6.

Petitioner, ABIGAIL MATUTE , itemizes the damages sustained as follows:

Past physical pain and suffering

Future physical pain and suffering

Past mental anguish, suffering and embarrassment

Future mental anguish, suffering and embarrassment

Loss of enjoyment of life and impairment of life style, past and future

Past disability

Future disability

Past medical and out of pocket expenses

Future medical and out of pocket expenses

Loss of wages, past and future

7.

At the time of the accident, there was in full force and effect a policy of public liability insurance issued in favor of the defendant, WAL-MART STORES, INC., which provided insurance coverage for damages sustained as a result of their negligence.

8.

Petitioner shows that the injuries on which this action is based were caused by wanton and reckless disregard for the rights and safety of others by WAL-MART STORES, INC., whose carelessness was a cause in fact of the resulting injuries.

9.

Petitioner respectfully requests written notice ten days in advance of the date fixed for the trial or hearing on any exception, motion, rule or trial on the merits on the above captioned proceeding pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, and immediate notice of all interlocutory and final orders and judgment on any exceptions, motions, rules or trial on the merits in the captioned proceedings.

WHEREFORE, PETITIONER PRAYS:

1. For service and citation upon the defendant.

2. After due proceedings had, there be judgment in favor of petitioner, ABIGAIL MATUTE, against the defendant, jointly and in solido, in an amount that is just and reasonable in the premises together with legal interest thereon from date of judicial demand until paid and all costs of these proceedings.

3. For all general and equitable relief.

RESPECTFULLY SUBMITTED,

McKEITHEN, RYLAND & CHAMPAGNE

BY: _____
    LOUIS V. CHAMPAGNE - 22300
    JOSEPH W. GRASSI - 30529
    CARMEN RYLAND LEFFEL -35301
    CODY JAMES McELROY - 37791
    P.O. Box 1029
    Columbia, LA 71418
    Tele:  (318) 649-2626
    Fax:   (318) 649-0212
    ATTORNEYS FOR PETITIONER

**PLEASE SERVE:**

(1)   WAL-MART STORES, INC.
      through its agent for service of process
      Corporation Service Company
      5615 Corporate Blvd., Suite 400B
      Baton Rouge, Louisiana

ATTEST
A TRUE COPY
DY. CLERK OF COURT, FRANKLIN PARISH, LA