# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| ABIGAIL MATUTE | * | CIVIL ACTION NO. 19-0124 |
| --- | --- | --- |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| WAL-MART STORES, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that plaintiff's motion to remand [doc. # 7] is **DENIED.**

MONROE, LOUISIANA, this 5th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE