# BLANCHARD WALKER

**A TRADITION OF EXCELLENCE SINCE 1917**

BLANCHARD, WALKER, O'QUIN & ROBERTS
A PROFESSIONAL LAW CORPORATION

Regions Tower, Suite 700
333 Texas Street
Shreveport, LA 71101
Firm: 318.221.6858
Fax: 318.227.2967
Web: www.bwor.com

Mailing Address:
P.O. Drawer 1126
Shreveport, LA 71163-1126

June 29, 2020

**SCOTT R. WOLF**
Direct: 318.934.0228
Email: swolf@bwor.com
Licensed in
Louisiana
Texas
Nevada
Arizona

**VIA U.S. MAIL**
Hon. Terry A. Doughty
United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

Re:   *Abigail Matute vs. Wal-Mart Louisiana, LLC et al., 3:19-cv-00124*,
U.S. District Court, Western District of Louisiana, Monroe Division
*Our File No. 450056.599*

Dear Judge Doughty:

This letter is to advise the Court that the parties have reached a settlement in this matter. Accordingly, the Court may remove the trial set for the week of August 10, 2020, from the Court's calendar and the Court does not need to take any action on any pending motions. We will soon forward a stipulation of dismissal to the Court.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Scott R. Wolf

SRW/ao

cc:   Michael J. Mestayer, Esq.