UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ABIGAIL MATUTE** | **NO. 3:19-cv-00124** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **WAL-MART STORES, INC., ET AL** | **MAGISTRATE JUDGE HAYES** |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

NOW COME plaintiff, ABIGAIL MATUTE ("plaintiff"), and defendants, WAL-MART LOUISIANA, LLC and WAL-MART STORES, INC. (collectively "defendants"), who stipulate that plaintiff's suit against defendants, WAL-MART LOUISIANA, LLC and WAL-MART STORES, INC. (collectively "defendants"), be and is HEREBY DISMISSED, with prejudice, with defendants to bear any court costs, this 5th day of October, 2020.

| | |
|---|---|
| MCKEITHEN, RYLAND, & CHAMPAGNE | BLANCHARD, WALKER, O'QUIN & ROBERTS - (A Professional Law Corporation) |
| By: /s/ Louis V. Champagne<br>Louis V. Champagne,<br>La. Bar No. 22300 | By: /s/ Scott R. Wolf<br>Scott R. Wolf, La. Bar No. 28277 |
| 301 Wall Street<br>Columbia, Louisiana 71418 | P.O. Drawer 1126<br>Shreveport, Louisiana 71163-1126 |
| Telephone: (318) 649-2626<br>Telecopier: (318) 649-0212<br>E-Mail: LChamp050@aol.com | Telephone: (318) 221-6858<br>Telecopier: (318) 227-2967<br>E-Mail: swolf@bwor.com |
| ATTORNEYS FOR PLAINTIFF, ABIGAIL MATUTE | ATTORNEYS FOR DEFENDANTS, WAL-MART LOUISIANA, LLC and WAL-MART STORES, INC. |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ABIGAIL MATUTE** | **NO. 3:19-cv-00124** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **WAL-MART STORES, INC., ET AL** | **MAGISTRATE JUDGE HAYES** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Stipulation of Dismissal has this date been served via the Court's electronic mail notification system.

Shreveport, Louisiana, this 5th day of October, 2020.

/s/ Scott R. Wolf
OF COUNSEL